ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
FILED
SEP 2 6 2001
Michael N. Milby
Clerk of Court**

-----------------------------------------------------------

**KINGVISION PAY-PER-VIEW, LTD.**, as Broadcast Licensee of the **November 13, 1999 Holyfield/Lewis** Program,

           Plaintiff,

    -against-

CARLOS DELEON, Individually, and as an officer, director, shareholder and/or principal of RIONITE ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a RAGING BULL GENTLEMEN'S CLUB, and RIONITE ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a RAGING BULL GENTLEMEN'S CLUB;

           Defendants.

-----------------------------------------------------------

Civil Action No. **B-01-164**

## CORPORATE DISCLOSURE STATEMENT

    PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

    There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **KINGVISION PAY-PER-VIEW, LTD.,** and said corporation's securities are not publicly traded.

Dated: September 20, 2001
       Ellenville, New York

**KINGVISION PAY-PER-VIEW, LTD.**

By: _____
JULIE COHEN LONSTEIN, ESQ.
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill   PO Box 351
Ellenville, NY 12428
Tel: (845) 647-8500
Fax: (845) 647-6277
*Our File No. CC99-7TX-S14*