United States District Court
Southern District of Texas
FILED

JAN 0 9 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-01-164 | DATE & TIME: 01-09-02 AT 1:30 P.M. |
| KINGVISION PAY-PER-VIEW, LTD. ET AL. | PLAINTIFF(S) JULIE LONSTEIN COUNSEL |
| VS. | |
| CARLOS DELEON, ET AL. | DEFENDANT(S) COUNSEL |

---

Attorney Julie Lonstein did not appear. Ms. Lonstein will send an Order of Dismissal.