UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

-----------------------------------------------------------

**KINGVISION PAY-PER-VIEW, LTD.**, as
Broadcast Licensee of the **November 13, 1999
Holyfield/Lewis** Program,
          Plaintiff,

    -against-

CARLOS DELEON, Individually, and as an officer,
director, shareholder and/or principal of RIONITE
ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a
RAGING BULL GENTLEMEN'S CLUB, and RIONITE
ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a
RAGING BULL GENTLEMEN'S CLUB;
          Defendants.

-----------------------------------------------------------

United States District Court
Southern District of Texas
FILED

JAN 1 0 2002

Michael N. Milby
Clerk of Court

Civil Action No. B-01-164

## VOLUNTARY MOTION FOR DISMISSAL

**KINGVISION PAY-PER-VIEW, LTD.**, Plaintiff in the above entitled action, hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith moves to dismiss the above-styled action specifically against defendant **CARLOS DELEON, Individually, and as an officer, director, shareholder and/or principal of RIONITE ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a RAGING BULL GENTLEMEN'S CLUB, and RIONITE ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a RAGING BULL GENTLEMEN'S CLUB**, without prejudice.

The Dismissal herein will be with costs charged to plaintiff pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 9, 2002
       Ellenville, New York

                                KINGVISION PAY-PER-VIEW, LTD.

                                By:
                                Julie Cohen Lonstein.
                                LONSTEIN LAW OFFICE, P.C.
                                Attorneys for plaintiff
                                Office & P.O. Address
                                1 Terrace Hill, P.O. Box 351
                                Ellenville, New York 12428
                                Tel: (845) 647-8500