UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**ORIGINAL**

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

------------------------------------------------------------

**KINGVISION PAY-PER-VIEW, LTD.**, as Broadcast Licensee of the **November 13, 1999 Holyfield/Lewis** Program,

                Plaintiff,

-against-

CARLOS DELEON, Individually, and as an officer, director, shareholder and/or principal of RIONITE ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a RAGING BULL GENTLEMEN'S CLUB, and RIONITE ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a RAGING BULL GENTLEMEN'S CLUB;

                Defendants.

------------------------------------------------------------

Civil Action No. B-01-164

## ORDER FOR DISMISSAL

    **KINGVISION PAY-PER-VIEW, LTD.**, Plaintiff in the above entitled action, having moved that the above entitled action specifically pertaining to Defendant,

**CARLOS DELEON, Individually, and as an officer, director, shareholder and/or principal of RIONITE ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a RAGING BULL GENTLEMEN'S CLUB, and RIONITE ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a RAGING BULL GENTLEMEN'S CLUB**

be dismissed without prejudice and with costs charged to plaintiff pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

    **ORDERED**, that the above entitled action specifically pertaining to Defendant,

**CARLOS DELEON, Individually, and as an officer, director, shareholder and/or principal of RIONITE ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a RAGING BULL GENTLEMEN'S CLUB, and RIONITE ENTERTAINMENT, INC., d/b/a RAGING BULL a/k/a RAGING BULL GENTLEMEN'S CLUB**

SO ORDERED this 24TH day of JANUARY, 2002.

_____
HON. JOHN WILLIAM BLACK
UNITED STATES JUDGE